# _DELAWARE CORRECTIONAL CENTER_
# _SUPPORT SERVICES OFFICE_
# _MEMORANDUM_

0 5 - 8 2 7

**TO:** Nikemay Middlebrooks SBI#: 295569

**FROM:** _Stacy Shane, Support Services Secretary_

**RE:** _6 Months Account Statement_

**DATE:** November 1, 2005

RECEIVED
DEC 2 - 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_Attached are copies of your inmate account statement for the months of_ May 1, 2005 _to_ October 31, 2005.

_The following indicates the average daily balances._

| _MONTH_ | _AVERAGE DAILY BALANCE_ |
|---|---|
| May | 108.35 |
| June | 40.50 |
| July | 34.85 |
| Aug | 48.73 |
| Sept | 180.16 |
| Oct | 376.38 |

**_Average daily balances/6 months:_** 131.72

_Attachments_
CC: File

Stacy Shane
11/1/05

NOTARY public
11/2/05

# Individual Statement

Date Printed: 11/1/2005

Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $139.92 |
|---|---|---|---|---|---|---|
| 00295569 | Middlebrook | Nikerray | K | | | |
| Current Location: | D/W | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wages | 5/2/2005 | $61.60 | $0.00 | $0.00 | $201.52 | 100578 | | EDUCATION 3/24 4/2 | |
| Canteen | 5/3/2005 | ($60.12) | $0.00 | $0.00 | $141.40 | 102173 | | | |
| Canteen | 5/11/2005 | ($18.11) | $0.00 | $0.00 | $123.29 | 105623 | | | |
| Pay-To | 5/13/2005 | ($10.00) | $0.00 | $0.00 | $113.29 | 106841 | | NAACP | |
| Pay-To | 5/16/2005 | ($18.00) | $0.00 | $0.00 | $95.29 | 107239 | | PRISON LEAGAL NE | |
| Pay-To | 5/23/2005 | ($25.00) | $0.00 | $0.00 | $70.29 | 109969 | | NATIOAL ASSOC BL | |
| | | | | Ending Mth Balance: | $70.29 | | | | |

# Individual Statement

Date Printed: 11/1/2005

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | |
|---|---|---|---|---|---|---|---|
| 00295569 | Middlebrook | Nikerray | K | | $70.29 | | |

Current Location:   D/W          Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wages | 6/1/2005 | $58.80 | $0.00 | $0.00 | $129.09 | 112914 | | | |
| Canteen | 6/1/2005 | ($32.96) | $0.00 | $0.00 | $96.13 | 114562 | | | |
| Canteen | 6/8/2005 | ($59.95) | $0.00 | $0.00 | $36.18 | 117299 | | EDUCATION 4/24-5/2 | |
| Canteen | 6/15/2005 | ($15.94) | $0.00 | $0.00 | $20.24 | 120582 | | | |
| Canteen | 6/29/2005 | ($17.51) | $0.00 | $0.00 | $2.73 | 125351 | | | |

Ending Mth Balance:        $2.73

# Individual Statement

Date Printed: 11/1/2005

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $2.73 |
|-----|-----------|------------|-----|--------|------------------|-------|
| 00295569 | Middlebrook | Nikerray | K | | | |

Current Location:  D/W          Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Wages | 7/1/2005 | $64.40 | $0.00 | $0.00 | $67.13 | 126758 | | EDUCATION 5/24-6/2 | |
| Canteen | 7/6/2005 | ($8.99) | $0.00 | $0.00 | $58.14 | 127910 | | | |
| Medical | 7/7/2005 | $0.00 | ($4.00) | $0.00 | $58.14 | 129745 | | 6/30/05 | |
| Medical | 7/7/2005 | ($4.00) | $0.00 | $0.00 | $54.14 | 129824 | | 6/30/05 | |
| Canteen | 7/13/2005 | ($34.95) | $0.00 | $0.00 | $19.19 | 131157 | | | |
| Canteen | 7/27/2005 | ($0.60) | $0.00 | $0.00 | $18.59 | 136514 | | | |

Ending Mth Balance:          $18.59

# Individual Statement

## For Month of August 2005

Date Printed: 11/1/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $18.59 |
|---|---|---|---|---|---|---|
| 00295569 | Middlebrook | Nikerray | K | | | |

Current Location: D/W    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wages | 8/1/2005 | $58.80 | $0.00 | $0.00 | $77.39 | 137726 | | | |
| Canteen | 8/3/2005 | ($9.86) | $0.00 | $0.00 | $67.53 | 140086 | | | |
| Pay-To | 8/4/2005 | ($16.94) | $0.00 | $0.00 | $50.59 | 140779 | | EDUCATION 6/24-7/2 | |
| Canteen | 8/17/2005 | ($8.54) | $0.00 | $0.00 | $42.05 | 145837 | | NINTH ST BOOK SH | |

Ending Mth Balance:    $42.05

# Individual Statement

Date Printed: 11/1/2005

Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg.Mth Balance: | $42.05 |
|-----|-----------|------------|-----|--------|------------------|--------|
| 00295569 | Middlebrook | Nikerray | K | | | |

Current Location: D/W

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Wages | 9/1/2005 | $61.60 | $0.00 | $0.00 | $103.65 | 152654 | | EDUCATION 7/24-8/2 | |
| Canteen | 9/7/2005 | ($3.36) | $0.00 | $0.00 | $100.29 | 154558 | | | |
| Mail | 9/22/2005 | $271.00 | $0.00 | $0.00 | $371.29 | 161042 | 8889580023 | | M LEE |
| Canteen | 9/28/2005 | ($21.04) | $0.00 | $0.00 | $350.25 | 162752 | | | |

Ending Mth Balance:     $350.25

# Individual Statement

Date Printed: 11/1/2005

## For Month of October 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $350.25 |
|-----|-----------|-----------|----|--------|------------------|---------|
| 00295569 | Middlebrook | Nikerray | K | | | |
| Current Location: | D/W | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|-----------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|-----------|
| Wages | 10/3/2005 | $64.40 | $0.00 | $0.00 | $414.65 | 164694 | | EDUCATION 8/24-9/2 | |
| Canteen | 10/12/2005 | ($3.58) | $0.00 | $0.00 | $411.07 | 169978 | | | |
| Pay-To | 10/13/2005 | ($44.00) | $0.00 | $0.00 | $367.07 | 171578 | | NINTH ST BOOK SH | |
| Canteen | 10/19/2005 | ($6.79) | $0.00 | $0.00 | $360.28 | 173402 | | | |
| Canteen | 10/26/2005 | ($10.30) | $0.00 | $0.00 | $349.98 | 175683 | | | |
| | Ending Mth Balance: | | | | $349.98 | | | | |