05- 827 SLR



