<u>RULE 7.1.1 CERTIFICATION</u>

  I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

               <u>/s/ Elizabeth R. McFarlan</u>
               Deputy Attorney General

               Counsel for Respondents

Date:  March 8, 2006