**CERTIFICATE OF SERVICE**

      I hereby certify that on March 8, 2006, I electronically filed this motion for extension of time to file certified state court records and attachments with the Clerk of Court using CM/ECF. I also hereby certify that on March 8, 2006, I have mailed by United States Service, two copies of the same documents to the following non-registered participant:

Nikerray Middlebrook
SBI No. 295569
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                              /s/ Elizabeth R. McFarlan
                                              Deputy Attorney General
                                              Department of Justice
                                              820 N. French Street
                                              Wilmington, DE 19801
                                              (302) 577-8500
                                              Del. Bar. ID No. 3759
                                              elizabeth.mcfarlan@state.de.us