## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **NIKERRAY MIDDLEBROOK**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-827-SLR |
| | : | |
| **THOMAS CARROLL**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General of the State of | : | |
| Delaware, | : | |
| | : | |
| Respondents. | : | |

## NOTICE OF FILING OF STATE COURT RECORDS

1.  Notice is hereby given that certified copies of the following Delaware Supreme Court

documents have been manually filed with the Court and are available in paper form only:

      a.  Appellant's Opening Brief & Appendix  (No. 424/427, 2000)

      b.  State's Answering Brief & Appendix (No. 424/427, 2000)

      c.  Reply Brief (No. 424/427, 2000)

      d.  Appellant's Opening Brief (No. 30, 2005)

      e. State's Answering Brief & Appendix (No. 30, 2005)

      f.  Reply Brief (No. 30, 2005)

      g.  Order (September 21, 2005) (No. 30, 2005).

2.  Notice is also hereby given that a certified copy of the Delaware Superior Court Criminal Docket in ID No. 9608015635 has been manually filed with the Court and is available in paper form only.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

March 20, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also hereby certify that on March 20, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Nikerray Middlebrook
SBI No. 295569
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us