Nikerra Middlebrook
SBI. No. 295569
Delaware Correctional Ctr.
1181 Paddock Rd.
Smyrna, DE 19977

April 5, 2006

Office of the Clerk
U.S. District Ct.
844 N. King St., Lockbox 18
Wilmington, DE 19801

FILED
APR 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: Filing of Response to State's Answer   BD scanned
    Civil Action No. 05-827-SLR

Dear Clerk:

Please docket and file the following enclosures:

A. Petitioner's Traverse To Answer (4pp.)
B. Points and Authorities in Support of Traverse (4pp.)
C. Petitioner's Appendix (exhibits)

Very truly,
Nik— Middlebrook