Page 2

**Amended** PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District **Delaware** |
|---|---|

| Name (under which you were convicted): Nikerray Middlebrook | Docket or Case No.: 05 - 827 - SLR |
|---|---|

| Place of Confinement: Delaware Correctional Center | Prisoner No.: 00295569 |
|---|---|

Petitioner (include the name under which you were convicted)    Respondent (authorized person having custody of petitioner)

Nikerray Middlebrook        v.        Thomas Carrell

The Attorney General of the State of    Carl Danberg

```
┌─────────────┐
│  F I L E D  │
│             │
│ SEP 1 2 2006│
│             │
│ U.S. DISTRICT COURT │
│ DISTRICT OF DELAWARE │
└─────────────┘
```

PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
New Castle County Superior Court, 500 N. King Street,
Wilmington, Delaware 19801
   (b) Criminal docket or case number (if you know): _____ 9608015635 _Scanned-BD_ 9/12/06
2. (a) Date of the judgment of conviction (if you know): _____ July 18, 1997
   (b) Date of sentencing: _____ June 12, 1998
3. Length of sentence: _____ 28 years
4. In this case, were you convicted on more than one count or of more than one crime? Yes ☑  No ☐
5. Identify all crimes of which you were convicted and sentenced in this case: _____ Attempted
Murder 1st Degree, Assault 1st Degree, 2 counts of Possession
of A Firearm During the Commission of A Felony and Possession
of A Deadly Weapon By A Person Prohibited

6. (a) What was your plea? (Check one)
   (1)   Not guilty ☑            (3)   Nolo contendere (no contest) ☐
   (2)   Guilty ☐               (4)   Insanity plea ☐
   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or
   charge, what did you plead guilty to and what did you plead not guilty to? _____ N/A

Page 3

(c) If you went to trial. what kind of trial did you have? (Check one)
Jury ☑    Judge only ❑

7. Did you testify at a pretrial hearing. trial. or a post-trial hearing?
Yes ❑   No ☑

8. Did you appeal from the judgment of conviction?
Yes ☑   No ❑

9. If you did appeal. answer the following:
(a) Name of court: _____ Delaware Supreme Court
(b) Docket or case number (if you know): _____ No. 424/427, 2000
(c) Result: _____ Affiemed
(d) Date of result (if you know): _____ January 28, 2003
(e) Citation to the case (if you know): _____ N/A
(f) Grounds raised: Error in permitting evidence to be introduced in Violation of Delaware Rules of Evidence 403; Abuse of Distrection by arbitrarily refusing to hear witnesses at sentencing; Erred in refusing to grant a motion for misleial based upon the improper introduction of evidence of another shooting; and Error for failing to give a directed verdict for Assault First Degree

(g) Did you seek further review by a higher state court?  Yes ❑  No ☑

If yes, answer the following:
(1) Name of court: _____ N/A
(2) Docket or case number (if you know): _____ N/A
(3) Result: _____ N/A

(4) Date of result (if you know): _____ N/A
(5) Citation to the case (if you know): _____ N/A
(6) Grounds raised: _____ N/A

(h) Did you file a petition for certiorari in the United States Supreme Court?  Yes ❑  No ☑
If yes, answer the following:
(1) Docket or case number (if you know): _____ N/A

Page 4

(2) Result: ___N/A___

(3) Date of result (if you know): ___N/A___

(4) Citation to the case (if you know): ___N/A___

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☑ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: __New Castle County Superior Court__

(2) Docket or case number (if you know): __9608015635__

(3) Date of filing (if you know): __October 28, 2003__

(4) Nature of the proceeding: __Ineffective Counsel - Post-conviction motion__

(5) Grounds raised: __Ineffective Assistance of Counsel__

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ☐    No ☑

(7) Result: __Denied__

(8) Date of result (if you know): __December 16, 2004__

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: __New Castle County Superior Court__

(2) Docket or case number (if you know): __9608105635__

(3) Date of filing (if you know): __January 27, 2005__

(4) Nature of the proceeding: __Post-conviction Motion - Actual Innocence__

(5) Grounds raised: __Request for DNA.__

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition. application. or
motion?        Yes ☐  No ☑

(7) Result: _____ **Denied** _____

(8) Date of result (if you know): _____ **June 20, 2006** _____

(c) If you filed any third petition. application. or motion. give the same information:

   (1) Name of court: _____ **N/A** _____

   (2) Docket or case number (if you know): _____ **N/A** _____

   (3) Date of filing (if you know): _____ **N/A** _____

   (4) Nature of the proceeding: _____ **N/A** _____

   (5) Grounds raised: _____ **N/A** _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition. application. or
motion?        Yes ☐  No ☑

(7) Result: _____ **N/A** _____

(8) Date of result (if you know): _____ **N/A** _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your
petition. application. or motion?

   (1) First petition:        Yes ☑   No ☐

   (2) Second petition:     Yes ☑   No ☐

   (3) Third petition:       Yes ☐   No ☑

(e) If you did not appeal to the highest state court having jurisdiction. explain why you did not:
_____ **N/A** _____

_____

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: __Request for DNA and Ballistic testing.__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
A black pull-over ski mask, A 9mm gun, (2) 9mm gun clips, A box of 9 mm ammunition, a pair of black wool gloves, and several 9 mm bullet casings were found at the crime scene. Petitioner asked that the evidence be tested to prove his actual innocence.

(b) If you did not exhaust your state remedies on Ground One, explain why: ___N/A___

(c) Direct Appeal of Ground One:
    (1) If you appealed from the judgment of conviction, did you raise this issue?
    ____ Yes ☐   No ☑
    (2) If you did not raise this issue in your direct appeal, explain why: __Ineffective__ __Assistance of Counsel.__

(d) Post-Conviction Proceedings:
    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?          Yes ☑   No ☐
    (2) If your answer to Question (d)(1) is "Yes," state:
    Type of motion or petition: ___Post-Conviction Motion___
    Name and location of the court where the motion or petition was filed: __Delaware__ __Superior Court, New Castle County__

Page 7

Docket or case number (if you know): _____ 9608015635

Date of the court's decision: _____ ~~December 16, 2004~~ June 20, 2006

Result (attach a copy of the court's opinion or order, if available): _____ Denied

(3) Did you receive a hearing on your motion or petition?

Yes ☐   No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☑   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ Delaware Supreme
Court, Dover, Delaware

Docket or case number (if you know): _____ No. 258, 2006

Date of the court's decision: _____ N/A

Result (attach a copy of the court's opinion or order, if available): _____ N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this
issue: _____ N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative
remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____ N/A

GROUND TWO: _____ Ineffective Assistance of Appellate Counsel.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Appellate counsel failed to raise issue of denial of
petitioner's right to speedy trial and appeal.

(b) If you did not exhaust your state remedies on Ground Two, explain why: __N /A__

(c) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☑

(2) If you did not raise this issue in your direct appeal, explain why: __Ineffective__
__Assistance of Counsel__

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☑    No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: __Post-conviction motion__

Name and location of the court where the motion or petition was filed: __Superior__
__Court, New Castle County__

Docket or case number (if you know): __9608015635__

Date of the court's decision: __December 16, 2004__

Result (attach a copy of the court's opinion or order, if available): __N/A  Denied__

(3) Did you receive a hearing on your motion or petition?

Yes ☐    No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☑    No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑    No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __Delaware Supreme__
__Court, Dover Delaware__

Page 9

Docket or case number (if you know): _____ No. 30 , 2005

Date of the court's decision: _____ September 21 , 2005

Result (attach a copy of the court's opinion or order, if available): _____ n/a Denied

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____ N/A

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____ N/A

GROUND THREE: _____ Ineffective Assistance of trial Counsel.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Trial counsel failed to impeach eyewitnesses with evidence of witness tampering and prior dishonest conduct.

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____ N/A

(c) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _____ Ineffective Assistance of Counsel

Page 10

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?         Yes ☑  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____ post-conviction motion _____

Name and location of the court where the motion or petition was filed: __ Delaware Superior Court, New Castle County __

Docket or case number (if you know): __ 9608015635 __

Date of the court's decision: __ December 16, 2004 __

Result (attach a copy of the court's opinion or order, if available): __ N/A Denied __

(3) Did you receive a hearing on your motion or petition?
    Yes ☐  No ☑

(4) Did you appeal from the denial of your motion or petition?
    Yes ☑  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
    Yes ☑  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __ Delaware Supreme Court, Dover DE __

Docket or case number (if you know): __ No. 30, 2005 __

Date of the court's decision: __ September 21, 2005 __

Result (attach a copy of the court's opinion or order, if available): __ N/A Denied. __

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: __ N/A __

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: __ N/A __

GROUND FOUR: _____ None _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_____ N/A _____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: ___ N/A ___

_____

_____

_____

(c) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☑

(2) If you did not raise this issue in your direct appeal, explain why: ____ N/A ____

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?    Yes ☐ No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed: ____ N/A ____

Docket or case number (if you know): ____ N/A ____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): ____ N/A ____

_____

(3) Did you receive a hearing on your motion or petition?

Yes ☐  No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☐  No ☑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
    Yes ☐ No 🗹

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____N /A_____

Docket or case number (if you know): _____N /A_____

Date of the court's decision: _____N /A_____

Result (attach a copy of the court's opinion or order, if available): _____
_____N /A_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this
    issue: _____N /A_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative
    remedies, etc.) that you have used to exhaust your state remedies on Ground Four: __N/A__

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest
        state court having jurisdiction?        Yes 🗹  No ☐

        If your answer is "No," state which grounds have not been so presented and give your

        reason(s) for not presenting them: _____N /A_____

    (b) Is there any ground in this petition that has not been presented in some state or federal
        court? If so, which ground or grounds have not been presented, and state your reasons for
        not presenting them: _____No_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding
    the conviction that you challenge in this petition?        Yes ☐  No 🗹

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application. or motion filed.  Attach a copy of any court opinion or order, if available. _N/A_

_____

_____

_____

_____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   Yes ☑   No ☐

If "Yes," state the name and location of the court, the docket or case number. the type of proceeding, and the issues raised. ___Delaware Supreme Court, Dover Delaware,  NO. 258 ,2006,  Appeal from denial of post- Conviction motion, Request for DNA testing.___

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: ___James Bayard, Jr. Office of Public Defender, 820 N. French Street, Wilmington, DE 19801___

(b) At arraignment and plea: ___James Bayard, Jr., Office of Public Defender___

(c) At trial: ___James Bayard, Jr., Office of Public Defender___

(d) At sentencing: ___Caroline Ayres___

(e) On appeal: ___Jerome Capone, Towne Center, Suite, 200 4 East 8th Street, Wilmington, Delaware 19801___

(f) In any post-conviction proceeding: ___pro se___

(g) On appeal from any ruling against you in a post-conviction proceeding: ___pro se___

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        Yes ☐   No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____ N /A _____

(b) Give the date the other sentence was imposed: _____ N/A

(c) Give the length of the other sentence: _____ N/A

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ❑   No ☑

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* _____ N/A _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Therefore, petitioner asks that the Court grant the following relief: _Reverse the decision_
_of the State Court granting petitioner a new trial or whatever_
_remedy this court deems appropriate._

or any other relief to which petitioner may be entitled.

_N/A_

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on
_September 11, 2005_ (month, date, year).

Executed (signed) on _September 11, 2005_ (date).

_Nk Middlebrk_

Signature of Petitioner

---

*(...continued)

(A) the date on which the judgment became final by the conclusion of direct review or the
expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in
violation of the Constitution or laws of the United States is removed, if the applicant was
prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the
Supreme Court, if the right has been newly recognized by the Supreme Court and made
retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been
discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral
review with respect to the pertinent judgment or claim is pending shall not be counted toward
any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____ N/A _____

_____

_____

IN FORMA PAUPERIS DECLARATION

[Insert appropriate court]

* * * * *

## Certificate of Service

I, _Nikeenay Middlebrook_, hereby certify that I have served a true
and correct cop(ies) of the attached: _Motion for Leave to_
_Amend Habeas Corpus Action_ upon the following
parties/person (s):

TO: _Elizabeth McFarlan_        TO: _____
_Dept. Attny. General_          _____
_820 N. French St._             _____
_Wilmington, DE 1980 l_         _____
_____                 _____


TO: _____             TO: _____
_____                 _____
_____                 _____
_____                 _____
_____                 _____


**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE
19977.

On this _11th_ day of _September_, 2006
_Niky Middlek_

I/M Nikerray Middlebrook
SBI# 295569 UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Office
United St
844 N
Wilmington