IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIKERRAY MIDDLEBROOK, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ. No. 05-827-SLR |
| ) | |
| THOMAS L. CARROLL, ) | |
| Warden, and CARL C. ) | |
| DANBERG, Attorney ) | |
| General of the State of ) | |
| Delaware, ) | |
| ) | |
| Respondents. ) | |

**O R D E R**

At Wilmington this 27th day of September, 2006;

IT IS ORDERED that:

Respondents motion to amend the answer is DENIED as unnecessary. (D.I. 22) Respondents assert that pages 15 and 16 were mistakenly omitted from the answer filed on March 8, 2006, and move the court to add those pages to the answer. However, the answer filed on March 8, 2006, and scanned into CM/ECF, already includes pages 15 and 16. Therefore, there is no need to amend the answer.

_____
UNITED STATES DISTRICT JUDGE