NIKERRAY MIDDLEBROOK
SBI. 295569
Delaware Correctional Center
1181 Paddock Road
Smyrna Delaware 19977

November 13, 2006

Honorable Sue L. Robinson
United States District Court
844 N. King Street Lock box 18
Wilmington Delaware 19801



RE: Nikerray Middlebrook v. Carroll, et. al.
    Civ. No. 05-827-SLR

Dear Judge Robinson:

On September 27, 2006, the court granted Petitioner Middlebrook's motion for expansion of record to include exhibits attached to petitioner's motion as well as the appendix filed seperately. Please accept the enclosed documents not included in the record, which may aid the court in reviewing the issue. The enclosed documents may assist the court in determining whether due process has been violated by post verdict delays in the criminal proceeding. Middlebrook's appeal was limited by the delays, which is the crux of the four factors of Barker v. Wingo.

Exhibit A (A brief description of the document): New trial motion, Superior Court's denial, State's Answer, Renewed motion for new trial, Superior

## Certificate of Service

I, _Nikerrey Middlebrook_, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion / Letter to expand_ _Record_ upon the following parties/person (s):

TO: _Elizabeth McFaelan_
_Department of Justice_
_820 N. French St._
_Wilmington, DE 19801_

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _17th_ day of _November_, 2006

_Nikerrey Middlebrook_

I/M Nikerray Middlebrook
SBI# 295569  UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Honorable Sue L. Robinson
United States District Court
844 N. King Street, Lock box 18
Wilmington Delaware
    19801