NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

RECEIVED FEB 1 3 2007

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: 05-827-SLR

NIKERRAY MIDDLEBROOK
   Appellant/Petitioner,
v.
THOMAS L. CARROLL, Warden, and CARL C.
DANBERG, Attorney General of the State of Delaware,
   Appellee/Respondents.

DISTRICT COURT
JUDGE: Sue L. Robinson

Notice is hereby given that __Nikerray Middlebrook__
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [✓] Order,

[ ] Other (specify) Dismissing application for writ of habeas corpus, Denying writ, Motions terminated: granted in part, denying in part Motion for Leave to File. (The Memorandum Opinion and Order is attached to Notice of appeal.)

entered in this action on __1/16/2007__
(date)

DATED: __2/5/07__

__Nikerray Middlebrook, pro se__
(Counsel for Appellant-Signature)

__Nikerray Middlebrook__
(Name of Counsel - Typed)

__Delaware Correctional Center__
(Address)

__Smyrna DE 19977__

(Telephone Number)

__Elizabeth Roberts McFaelan__
(Counsel for Appellee)

__Dept. of Justice, State of DE__
(Address)

__820 N. French St.__
__Wilmington DE 19801__

(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.